JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE A. WHITE, | CASE NO. CV 13-01918 GAF (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| M.D. BITER, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of PIERRE A. WHITE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 15, 2013

GARY A. FEESS
UNITED STATES DISTRICT JUDGE